UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Christine Obenza,

          Plaintiff,

    -against-

Commissioner of Social Security,

          Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/22/2020

1:19-cv-05444 (VSB) (SDA)

**ORDER**

**STEWART D. AARON, United States Magistrate Judge:**

  This case has been referred to me for Social Security. (ECF No. 8.) On June 10, 2019, the Court issued a Standing Order which set a briefing schedule for the Commissioner's motion for judgment on the pleadings. (ECF No. 4.) On November 15, 2019, the Commissioner's motion was filed. (ECF Nos. 14 & 15.) *Pro se* Plaintiff Christine Obenza ("Obenza") was to file her cross-motion or opposition by January 15, 2020. The Court has yet to receive Obenza's cross-motion or opposition.

  **IT IS HEREBY ORDERED THAT** Obenza file a cross-motion or opposition on or before **February 14, 2020.** If Obenza fails to timely file a cross-motion or opposition, the Court will consider the Commissioner's motion fully briefed. If Obenza makes a filing on or before February 14, 2020, the Commissioner's response will be due 21 days later.

  Plaintiff is reminded that there is a legal clinic in this District to assist people who are parties in civil cases and do not have lawyers. The Clinic is run by a private organization called the New York Legal Assistance Group; it is not part of, or run by, the Court (and, among other things, therefore cannot accept filings on behalf of the Court, which must still be made by any

unrepresented party through the Pro Se Intake Unit). The Clinic is located in the Thurgood Marshall United States Courthouse, 40 Centre Street, New York, New York, in Room LL22, which is just inside the Pearl Street entrance to that Courthouse. The Clinic is open on weekdays from 10:00 a.m. to 4:00 p.m., except on days when the Court is closed. An unrepresented party can make an appointment in person or by calling 212-659-6190.

The Clerk of the Court is respectfully requested to mail this Order to the pro se Plaintiff.

**SO ORDERED.**

DATED:  New York, New York
        January 22, 2020

_____
STEWART D. AARON
United States Magistrate Judge