**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
CHRISTINE OBENZA,

                Plaintiff,

      -against-

COMMISSIONER OF SOCIAL SECURITY,
                Defendant.
-----------------------------------------------------------X

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6/4/2020
```

19 **CIVIL** 5444 (VSB)(SDA)

**JUDGMENT**

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated June 3, 2020, the Report and Recommendation is ADOPTED in its entirety, and the Commissioner's motion for judgment on the pleadings is GRANTED; accordingly, the case is closed.

**Dated:** New York, New York
       June 4, 2020

                                          **RUBY J. KRAJICK**

                                              Clerk of Court
                          BY:
                                                **Deputy Clerk**